# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TAYLOR RICHARD

VERSUS

JASON RICHARD

NO.   2019 CW 0881

**JULY 22, 2019**

---

In Re:   Taylor Richard Kleinpeter, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 171285.

---

**BEFORE:   HIGGINBOTHAM, HOLDRIDGE, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The May 29, 2019 judgment is a final, appealable judgment. The writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant Taylor Kleinpeter an appeal pursuant to the June 3, 2019 Motion Fixing Time for Filing Application for Supervisory Writ. See **In Re Howard**, 541 So.2d 195 (La. 4/7/89) (per curiam). In the event Taylor Kleinpeter seeks to appeal the district court's judgment, she shall submit a new order for appeal to the trial court within fifteen days of this court's order. Additionally, a copy of this court's order is to be included in the appellate record.

**IT IS FURTHER ORDERED** that Sue and Wade Richard take A.R. to the magnet school orientation on July 24, 2019 and comply with other procedures, if any, in order to preserve her place in the magnet school system pending the appeal herein.

**TMH**
**WIL**

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT